# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BROTHER BISNALI R.A.** ) | |
| **MUHAMMAD I,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-01626-ACA-NAD |
| ) | |
| **CITY OF HOOVER, et al.,** ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

The magistrate judge ordered Plaintiff Brother Bisnali R.A. Muhammad I to sign and date his complaint, and to properly sign his application to proceed *in forma pauperis*, both within thirty days. (Doc. 3). When that order was returned to the court marked "Not Incarcerated" (doc. 4), the magistrate judge re-sent the order to both Mr. Muhammad's address of record and an additional address Mr. Muhammad had provided in his initial pleadings (doc. 5). The magistrate judge allowed Mr. Muhammad additional time to respond and warned that the failure to comply could result in the dismissal of this action for failure to prosecute. (*Id.*). Mr. Muhammad failed to comply with or otherwise respond to that order. The magistrate judge then entered a report recommending that the court dismiss this action for failure to prosecute. (Doc. 6). Although the magistrate judge advised Mr. Muhammad of his

right to file objections to that report and recommendation within fourteen days (doc. 6 at 3-4), that time has expired with no objections having been filed.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this March 17, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE